UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIFAH E.D. SAIF'ULLAH,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, et al.,<br><br>  Defendants. | Case No. 22-cv-05017-CRB<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE; REQUIRING PARTIES TO FILE MOTION TO REOPEN UPON RESOLUTION OF RELATED APPEAL** |

In light of the Court's Order staying this case pending a decision in the Ninth Circuit appeal No. 22-15921 of Harris v. Allison et al., No. 20-cv-09393-CRB (Dkt. No. 28), the Clerk shall ADMINISTRATIVELY CLOSE this case until further order of the Court.

The parties are hereby ORDERED to file a joint motion to reopen the case within 28 days of the resolution of the Harris appeal.

**IT IS SO ORDERED.**

Dated: August 3, 2023

_____
CHARLES R. BREYER
United States District Judge